UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED**

JUL 30 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Richard Arrowsmith, Liquidating Trustee

    Plaintiff,

v.

Sentry Health Care, LLC

    Defendant.

Case No. **3:25-mc-37**
**Crytzer/ Poplin**

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Richard Arrowsmith, Liquidating Trustee ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  Georgia, Tennessee

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/25/2025

_____

(Signature–hand signed)

Name: James F. F. Carroll

Firm:  James Carroll Law Firm, P.C.

Address:

    980 Rowland Street Ste 5140 #1051 Clarkston, GA 30021

Email address: jcarroll@jcarrollfirm.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that JAMES F. F. CARROLL, Bar No. 940350

was duly admitted to practice in this Court on

October 5, 2016, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on December 16, 2024.



David W. Bunt
CLERK

s/ Gail G. Sellers
DEPUTY CLERK



# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Jul 30, 2025 3:40PM

James Carroll Law Firm P.C.
980 Rowland St
Ste 5140 #1051
Clarkston, GA 30021-2515

Rcpt. No: 300006319          Trans. Date: Jul 30, 2025 3:40PM          Cashier ID: #JF (2318)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE325BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1121 | 07/30/2025 | | $150.00 |
| | | | Total Due Prior to Payment: | | $150.00 |
| | | | Total Tendered: | | $150.00 |
| | | | Total Cash Received: | | $0.00 |

Comments: PHV Richard Arrowsmith v. Sentry Healthcare, LLC et al.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.